# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

JENNIFER COPE,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendant.

Case No. 2:19-cv-02094-KJD-VCF

ORDER

    Before the Court for consideration is the Report and Recommendation and Order (#5) of Magistrate Judge Cam Ferenbach entered March 4, 2020, recommending that Plaintiff's claims for equal protection and cruel and unusual punishment be dismissed and that Defendants State of Nevada, the City of Las Vegas and the Las Vegas Metropolitan Police Department be dismissed. Though the time for doing so has passed, Plaintiff has failed to file any objections to the Report and Recommendation. Plaintiff did file Notice (#6) asserting her desire to have her remaining claims proceed.

    The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#5) of the United States Magistrate Judge entered March 4, 2020, should be **ADOPTED** and **AFFIRMED**.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#5) entered March 4, 2020, are **ADOPTED** and **AFFIRMED**;

    IT IS FURTHER ORDERED that Plaintiff's claims for equal protection (cause of action 2) and cruel and unusual punishment (cause of action 3) are **DISMISSED**;

IT IS FINALLY ORDERED that Plaintiff's claims against Defendants State of Nevada, the City of Las Vegas and the Las Vegas Metropolitan Police Department are **DISMISSED.**

Dated this 13th day of April, 2020.

_____
Kent J. Dawson
United States District Judge