**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JENNIFER COPE,

           Plaintiff,

vs.

L.S. TRACY,

           Defendant.

Case No. 2:19-cv-02094-KJD-VCF

**ORDER**

NOTICE OF COMPLIANCE AND MOTION FOR SUMMONS (ECF NO. 6)

      Before the Court is pro se plaintiff Jennifer Cope's Notice of Compliance and Motion for Summons (ECF No. 6). The Court previously stayed this case and ordered Cope to file a notice with the Court regarding the status of any criminal proceedings. (ECF No. 5). Cope's notice (ECF No. 6) informs that Court that there are no criminal proceedings pending against Cope related to the trespass. The Court therefore grants plaintiff's motion to issue the summons (ECF No. 6) and lifts the stay on this case.

      On April 13, 2020, this Court dismissed plaintiff's claims for equal protection (cause of action 2) and cruel and unusual punishment (cause of action 3) without prejudice. (ECF No. 7). The Court also dismissed defendants the State of Nevada, the City of Las Vegas, and the Las Vegas Metropolitan Police Department. (*Id.*). The plaintiff may now proceed on her remaining claims against the remaining defendant.

      ACCORDINGLY,

      IT IS ORDERED that the stay is LIFTED, and Cope may proceed on her remaining claims against the remaining defendant.

      IT IS FURTHER ORDERED that the Clerk of Court is directed to issue the summons.

IT IS FURTHER ORDERED that Cope must file a notice with the Court stating that she has served the defendant within 20 days of service. Cope must serve the defendant or file a motion for an extension of time to serve the defendant by Wednesday, July 15, 2020. Failure to do so could result in dismissal.

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).

Pursuant to LR IA 3-1, plaintiffs must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. **Failure to comply with this rule may result in dismissal of the action.**

IT IS SO ORDERED.

DATED this 16th day of April 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE